**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

<mark>Motion GRANTED.</mark>

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 3:13-CR-00142** |
| | ) | **Judge Aleta Trauger** |
| **ALEXANDRU STANCIU,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### MOTION FOR AN ORDER OF FORFEITURE
### CONSISTING OF A $128,140 UNITED STATES CURRENCY
### MONEY JUDGMENT AS TO COUNT ONE

The United States of America, by its undersigned counsel, pursuant to Rule 32.2(b)(1) and (c)(1) of the Federal Rules of Criminal Procedure, moves upon acceptance of Defendant Alexandru Stanciu's plea of guilty to Count One by the Court of the Indictment in the above-styled case, for an Order of Forfeiture consisting of $128,140 United States currency Money Judgment against Defendant on Count One of the Indictment.

A memorandum of law and facts is filed in support of this motion. Additionally, a proposed Order is attached hereto for the Court's convenience.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By:    /s Debra Teufel Phillips
DEBRA TEUFEL PHILLIPS
Assistant U.S. Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
Telephone: 615 736-5151
Email: deb.phillips@usdoj.gov