UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:13-cr-00142 |
| ] | JUDGE TRAUGER |
| ALEXANDRU STANCIU ] | |

---

### MOTION FOR LEAVE TO LATE FILE EXHIBITS
---

Comes now undersigned counsel and hereby respectfully moves this Honorable Court to allow him to late-file the attached exhibits. For cause, counsel would state and show that he only received the exhibits today, October 15, 2014. Counsel contacted the Prosecutor, AUSA Byron Jones. Given the nature of the exhibits (letters from family), Mr. Jones did not object to the late-filing.

> Respectfully submitted,
>
> _s/ Patrick G. Frogge
> PATRICK G. FROGGE, No. 20763
> Bell, Tennent & Frogge
> Bank of America Plaza
> 414 Union Street, Suite 904
> Nashville, Tennessee 37219
> (615) 244-1110 (telephone)
> (615) 244-1114 (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Motion was filed electronically to Assistant U.S. Attorney Byron Jones Suite A-961, 110 Ninth Avenue, South, Nashville, Tennessee 37203 on this the 15th day of October, 2014.

> ___s/Patrick G. Frogge_____
> PATRICK G. FROGGE